UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PERCY CURRY, RICK BANKS III, AND
MARIE HILLARD, Individually and on Behalf
Of All Other Persons Similarly Situated,                    Case No. 2:06-cv-11728

                                                            Hon. Lawrence P. Zatkoff

        Plaintiffs,
vs.
                                                            **ORDER EXTENDING**
SBC COMMUNICATIONS, INC. a.k.a. AT&T, INC.                  **TIME FOR DEFENDANT**
                                                            **CWA LOCAL 4108 TO**
And                                                         **ANSWER  COMPLAINT**

COMMUNICATIONS WORKERS OF AMERICA,
and COMMUNICATIONS WORKERS OF
AMERICA LOCAL 4108

        Defendants.

_____

| | |
|---|---|
| E. Powell Miller (P39487) | Jeffrey L. Liddle |
| Ann L. Miller (P43578) | Blaine H. Bortnick |
| 950 West University Drive, Ste. 300 | Alyson C. Bruns |
| Rochester, Michigan 48307 | LIDDLE & ROBINSON, LLP |
| (248) 841-2200 | 800 Third Avenue |
| *Co-Counsel for Plaintiffs* | New York, New York 10022 |
| | (212) 687-8500 |
| Tinamarie Pappas (P40685) | *Co-Counsel for Plaintiffs* |
| LAW OFFICES OF TINAMARIE PAPPAS | |
| 4661 Pontiac Trail | |
| Ann Arbor, Michigan  48226 | |
| (734) 994-6338 | |
| *Counsel for Defendant CWA Local 4108* | |

_____

At a session of the Court held on the
4th day of May, 2006 in Detroit, Michigan
Honorable Lawrence P. Zatkoff presiding

This matter having come before the Court upon the stipulation of all parties,

IT IS HEREBY ORDERED, that the time for Defendant CWA Local 4108 to file an answer

to the Complaint in this matter is extended to June 8, 2006.

 s/Lawrence P. Zatkoff  
HONORABLE LAWRENCE P. ZATKOFF  
U.S. DISTRICT COURT JUDGE

S:\Zatkoff\Marie ECF\curry v. sbc extension.wpd