**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| PERCY CURRY, RICK BANKS, III, and MARIE HILLARD, Individually and on Behalf of All Other Persons Similarly Situated, | Case No. 06-CV-11728 <br><br> Hon. David M. Lawson |
| Plaintiffs | Magistrate Judge Mona K. Majzoub |
| vs. | |
| SBC COMMUNICATIONS, INC., a/k/a/ AT&T Inc., the COMMUNICATIONS WORKERS OF AMERICA, and COMMUNICATIONS WORKERS OF AMERICA LOCAL 4108, | |
| Defendants. | |

_____/

| | |
|---|---|
| E. Powell Miller (P39487) <br> Ann L. Miller (P43578) <br> The Miller Law Firm, P.C. <br> Counsel for Plaintiff <br> 950 W. University Dr., Suite 300 <br> Rochester, MI 48307 <br> (248) 841-2200 <br> alm@millerlawpc.com | Tinamarie Pappas (P40685) <br> Law Offices of Tinamarie Pappas <br> Counsel for CWA Local 4108 <br> 4661 Pontiac Trail <br> Ann Arbor, MI 48226 <br> (734) 994-6338 <br> pappaslawoffice@comcast.net |
| Jeffrey L. Liddle <br> Blaine H. Bortnick <br> David H. Feldstein <br> Liddle & Robinson, L.L.P. <br> Co-Counsel for Plaintiff <br> 800 Third Avenue <br> New York, NY 10022 <br> (212) 687-8500 <br> bbortnick@liddlerobinson.com | Jonathan G. Weber (P39712) <br> 606 East Cross Street <br> Ypsilanti, MI 48198 <br> (734) 313-2535 <br> webreal@sbcglobal.net <br><br> Lawrence G. Campbell (P11553) <br> Sheryl A. Laughren (P34697) <br> Kathryn S. Wood (P55012) <br> Dickinson Wright PLLC <br> 500 Woodward Ave., Suite 4000 <br> Detroit, MI 48226 <br> (313) 223-3086 <br> slaughren@dickinsonwright.com |

_____/

**DEFENDANT EMPLOYER'S EX PARTE MOTION FOR EXTENSION OF TIME
FOR RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant SBC Communications, Inc.[1] through its attorneys, Dickinson Wright PLLC, pursuant to Fed.R.Civ.P. 7 and Local Rule 7.1, moves this Court for an order extending the deadline for filing its response to Plaintiffs' Motion for Class Certification from the current date of August 20, 2007 to September 4, 2007.

In support of its Motion, the Company states that additional time is required to adequately respond to Plaintiffs' Motion for Class Certification. Plaintiffs received three extensions of time from this Court. The modest extension of time that the Company requests is therefore appropriate.

WHEREFORE, the Company requests that the Court grant its *Ex Parte* Motion for Extension of Time. A proposed Order granting the relief requested herein has been submitted through the Court's utilities menu.

        DICKINSON WRIGHT PLLC

        By: s/Kathryn S. Wood
            Lawrence G. Campbell (P11553)
            Sheryl A. Laughren (P34697)
            Kathryn S. Wood (P55102)
        Attorneys for Defendant
        500 Woodward Avenue, Suite 4000
        Detroit, MI  48226
        Phone:  (313) 223-3500
        Fax:  (313) 223-3598
        Email:  KWood@dickinsonwright.com

Dated:  August 8, 2007

---

[1] Plaintiffs were/are employed by SBC-Michigan (now known as ATT-Michigan). In this Response, the employer will be referred to as the "Company" or "AT&T".

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| PERCY CURRY, RICK BANKS, III, and MARIE HILLARD, Individually and on Behalf of All Other Persons Similarly Situated, | Case No.  06-CV-11728 |
| | Hon.  David M. Lawson |
| Plaintiffs | Magistrate Judge Mona K. Majzoub |
| vs. | |
| SBC COMMUNICATIONS, INC., a/k/a/ AT&T Inc., the COMMUNICATIONS WORKERS OF AMERICA, and COMMUNICATIONS WORKERS OF AMERICA LOCAL 4108, | |
| Defendants. | |

_____/

| | |
|---|---|
| E. Powell Miller (P39487)<br>Ann L. Miller (P43578)<br>The Miller Law Firm, P.C.<br>Counsel for Plaintiff<br>950 W. University Dr., Suite 300<br>Rochester, MI 48307<br>(248) 841-2200<br>alm@millerlawpc.com | Tinamarie Pappas (P40685)<br>Law Offices of Tinamarie Pappas<br>Counsel for CWA Local 4108<br>4661 Pontiac Trail<br>Ann Arbor, MI 48226<br>(734) 994-6338<br>pappaslawoffice@comcast.net |
| Jeffrey L. Liddle<br>Blaine H. Bortnick<br>David H. Feldstein<br>Liddle & Robinson, L.L.P.<br>Co-Counsel for Plaintiff<br>800 Third Avenue<br>New York, NY 10022<br>(212) 687-8500<br>bbortnick@liddlerobinson.com | Jonathan G. Weber (P39712)<br>606 East Cross Street<br>Ypsilanti, MI  48198<br>(734) 313-2535<br>webreal@sbcglobal.net |
| | Lawrence G.  Campbell (P11553)<br>Sheryl A. Laughren (P34697)<br>Kathryn S. Wood (P55012)<br>Dickinson Wright PLLC<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3086<br>slaughren@dickinsonwright.com |

_____/

**BRIEF IN SUPPORT OF DEFENDANT EMPLOYER'S EX PARTE
MOTION FOR EXTENSION OF TIME FOR RESPONSE TO
<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

In support of its Motion, the Company relies on Fed.R.Civ.P. 7 and Local Rule 7.1, as well as the facts and arguments set forth in its Motion.

>DICKINSON WRIGHT PLLC
>
>By: s/Kathryn S. Wood
>    Lawrence G. Campbell (P11553)
>    Sheryl A. Laughren (P34697)
>    Kathryn S. Wood (P55102)
> Attorneys for Defendant
> 500 Woodward Avenue, Suite 4000
> Detroit, MI  48226
> Phone: (313) 223-3500
> Fax: (313) 223-3598
> Email: KWood@dickinsonwright.com

Dated: August 8, 2007

### Certificate of Service

I hereby certify that on August 8, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

> s/Kathryn S. Wood (P55102)
> Dickinson Wright PLLC
> Attorneys for Defendants
> 500 Woodward Avenue, Suite 4000
> Detroit, Michigan  48226
> phone: (313) 223-3500
> fax: (313) 223-3598
> email: kwood@dickinsonwright.com

DETROIT 19738-173 1003256v1